IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CATRINA SMALLWOOD,** | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 09-0273-CG-M |
| **CYNTHIA S. WHEELER-WHITE,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Cynthia S. Wheeler-White and against Petitioner Catrina Smallwood.

**DONE and ORDERED** this 16th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE